# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:17-CV-00032-RLV-DSC

| | |
|---|---|
| MATTHEW HENDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| METROPOLITAN LIFE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the "Motion for Admission Pro Hac Vice [of Amanda Stansberry-Johns]" (document #10) filed April 18, 2017. For the reasons set forth therein, the Motion will be granted.

NOW, THEREFORE, IT IS ORDERED that Plaintiff's Motion is granted, and Applicant, Amanda Stansberry-Johns, is hereby admitted pro hac vice to represent Plaintiff, along with local counsel, Brian L. Kinsley, in accordance with the rules of this Court.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: April 20, 2017

_____
David S. Cayer
United States Magistrate Judge